Attachment 4 - Motion to Proceed *in Forma Pauperis*

**FILED**

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT

MAY 20 2024

for the

Western District District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Michael Leon Ford

_____
Plaintiff

v.

Jeffery Freight Lines LLC
_____
Defendant

Civil Action No.

**SA24CA0520XR**

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: N/A _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.   I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*   If I am employed, my employer's name and address are:

My take-home pay or wages are: _____-0-_____ per *(specify pay period)* _____-0-_____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

① Staff Zone Temp very little work.
② Hire Quest Temp very little work.

Rev. Ed. October 26, 2017

33

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account: —0—

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

—0—   no

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:



All my bills are about 7 months behind, (1) One main fin, (2) World Fian, (3) Security finiance, (4) Ace Check Cashing

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: none

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

One main fin, $10,000, est
World Fin, 1,500
Security Fin,  800.00
Ace Check Cashing 800.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 05-18-2024                    michaelgleonhd
                                    _____
                                    *Applicant's signature*

Rev. Ed. October 26, 2017

34

35

michaelLeonForrd
_____
*Printed name*

**Attachment 5 - Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support (Austin Division ONLY)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

michael Leon Ford §
§
_____
V.                                        §    Case No. _____
§
Jeffery FReight Lines LLC §
§

**APPLICATION TO PROCEED IN FORMA PAUPERIS
AND FINANCIAL AFFIDAVIT IN SUPPORT**

I, michael Leon Ford _____

declare that I am the Applicant in the above-entitled proceeding.  I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

WRongfully Fired, Coresion, Assaulted in the work Place with a baseball bat

In further support of this application, I answer the following questions:

**Applicant's Name:** michael Leon Ford _____

**Applicant's Home Address:** 1 Haven for Hope Way San Antonio Texas, 78207

**Questions Regarding Ability to Pay**

**Employment:**

Are you now employed?   Yes ☐     No ☑    Am Self Employed ☐

If yes, how much do you earn per month?   $ _____ -0- _____

If no, give month and year of last employment: _____ Jan-2-2024 _____

How much did you earn per month?   $ -0- earn't an there bad Company
TRuck Repairs, + BReak downs, my earning was super low

Rev. Ed. October 26, 2017

Name and Address of current or prior employer: ___N/A___

_____

If married, state Spouse's name: ___N/A___

Is your Spouse employed?   Yes ☐  No ☑

If working, how much does your spouse earn?   $ ___-0- N/A___

Do you receive any funds from relatives or for child support?   If so, how much per month do you

receive?   $ ___-0-___

**Other Income**:

Have you received within the past 12 months any income from a business, profession or other form

of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity

payments (such as Social Security benefits), or other sources, including government benefits (such

as A.F.D.C. or Social Security disability benefits)?      Yes ☐      No ☑

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ _____ | Staff Zone / most of the time no/work |
| $ _____ | HireQuest / most of the no/work |
| $ _____ | Prior jobs very little money |
| $ _____ | _____ |

**Rev. Ed. October 26, 2017**

37

**Cash**:

Have you any cash on hand or money in savings or checking accounts?    Yes ☐ No ☑

If yes, state total amount:  $ ___-0-___ ,I have accounts but no money

If neither you nor your spouse receive income of any kind, how are you able to pay for food and shelter?

___no___

**Property**:

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes ☐ No ☑

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|---|---|
| $ -0- | -0- |
| $ -0- | -0- |
| $ -0- | -0- |
| $ -0- | -0- |

**Family Status and Dependents**:

Marital Status:    Single ☑ Married ☐    Widowed ☐    Separated ☐    or    Divorced ☐

Total Number of Dependents: ___-0-___

Are any of your dependents employed?  If so, where: ___no N/A___

How much do your dependent(s) earn monthly?  $ ___no N/A___

Rev. Ed. October 26, 2017

List persons you actually support, your relationship to them:

no, none

Do you pay alimony or child support or any other court-ordered payments?  Yes ☐  No ☑

If yes, list how much and describe:

—0—

**Monthly Debts of Applicant and/or Dependents**

Type of Debt

One main Financial

World Finance

Regiral Finance

Speedy Cash

Name of Creditor
Total Debt
Payment

$ 416.00/10,000 85+

$ 165.00 /1,400

$ 150.00 /800.00
$

$ 783.00
$

$
$

**Monthly Expenses of Applicant and/or Dependents**

Rent or House Payment:     $ —0—

Electric & Water Bills:     $ —0—

Gas:     $ —0—

Phone:     $ —0—

Insurance:     $ —0—

     For what purpose: _____

39

**Rev. Ed. October 26, 2017**

Prescriptions:                               $ _____ —0— _____

    For what purpose: _____

Transportation/Car Payments:                 $ _____ —0— _____

    For what purpose: _____

Medical Bills:                               $ _____ —0— _____

    For what purpose: _____

Legal Bills:                                 $ _____

    For what purpose: _____

Loans:                                       $ _____ -15,000 est _____

    For what purpose: _____

Miscellaneous:                               $ _____

    For what purpose: _____


Is there any more information the Court should consider in making its determination?

_____

_____

_____

_____

_____

_____

_____

Rev. Ed. October 26, 2017

## AFFIDAVIT OF APPLICANT

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: _Michaelleon Jnd_

Printed Name: _Michael Leon Ford_

Date: _05-18-2024_

**Rev. Ed. October 26, 2017**

**41**